# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| **Case No.:** 15-42834 | **Trustee Name:** Wendy Turner Lewis |
| **Case Name:** KOCH, CANDIS | **Date Filed (f) or Converted (c):** 02/26/2015 (f) |
| **For the Period Ending:** 12/31/2015 | **§341(a) Meeting Date:** 04/02/2015 |
| | **Claims Bar Date:** |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Debtor's Residence located at 49540 Nautical Dr., Chesterfield, MI 48047 | $500,000.00 | Unknown | | $0.00 | Unknown |
| | **Asset Notes:** Ed Harris to look at real estate | | | | | |
| 2 | Business Property located at 10081 Dixie Highway | $0.00 | Unknown | | $0.00 | Unknown |
| 3 | Cash on person or at residence Location: 49540 Nautical Dr, New Baltimore MI 48047 | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous furniture, furnishing, appliances and household items | $7,500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Original amount $10,000.00; amended to change value at $7500.00 | | | | | |
| 5 | Misc collectibles | $3,000.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Omiited from amendments on 1/18/16 | | | | | |
| 6 | Clothing located at: 49540 Nautical Dr, New Baltimore MI 48047 | $1,500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Original amount $2,000.00; amended to change value to $1500.00 | | | | | |
| 7 | Jewelry including a Tag Huer waych ($350.00) and Seiko LaSalle watch ($100.00), gold earrings and assorted costume jewelry Location: 49540 Nautical Dr, New Baltimore MI 48047 | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Term Life Insurance | $1.00 | $0.00 | | $0.00 | FA |
| 9 | 100% member Tin Fish of Novi, LLC company previously operated a restaurant in Novi, Michigan which closed in February 2013company has not operated since that time and was dissolved effective 8/22/13 | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| | **Asset Notes:** Original value is $1.00; amended to change value to $0.00 | | | | | |
| 10 | Interest in former restaurant business Tin Fish III, LLC | $1.00 | Unknown | | $0.00 | Unknown |
| 11 | 2003 Jaguar | $4,000.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Original amount $5,000.00; amended to change value to $4000.00 | | | | | |

| Case No.: | 15-42834 | | Trustee Name: | Wendy Turner Lewis |
| Case Name: | KOCH, CANDIS | | Date Filed (f) or Converted (c): | 02/26/2015 (f) |
| For the Period Ending: | 12/31/2015 | | §341(a) Meeting Date: | 04/02/2015 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | 2004 Lexus | $5,000.00 | $0.00 | | $0.00 | FA |
| 13 | Two cats, one dog Location: 49540 Nautical Dr, New Baltimore MI 48047 | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**    Original amount $25.00; amended to change value to $0.00 | | | | | |
| 14 | Property located at 49540 Nautical Dr, New Baltimore MI 48047 was foreclosed by Fifth Third Bank. The debt due the bank was less than the amount bid by the Bank at the foreclosure auction. There appears to be a surplus of $317120.90 | $317,120.90 | Unknown | | $0.00 | Unknown |
| | **Asset Notes:**    omitted on the amendments | | | | | |
| 15 | Televisions, stereo cell phone other electronics | $1,500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**    Amended to include on 1/18/2016 | | | | | |
| 16 | Artwork consisting primarily of family photos and prints | $500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**     Amended to include 1/18/2016 | | | | | |
| 17 | 4-5 pieces of exercise equipment all over 15 years old, broken tanning bed | $1,500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**    Amended to include on 1/18/2016 | | | | | |
| 18 | Retirement annuity issued through Transamerica and held by Merrill Lynch | $21,207.56 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**    Amended to include on 1/18/2016 | | | | | |
| 19 | Auto Homeowner life insurance term with $300,000.00 face value. No cash surrender value | $1.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**    Amended to include on 1/18/16 | | | | | |
| 20 | State of Michigan real estate brokers license. Non-transferrable | $1.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**    Amended to include 1/18/16 | | | | | |

| Case No.: | 15-42834 | | | Trustee Name: | Wendy Turner Lewis |
| Case Name: | KOCH, CANDIS | | | Date Filed (f) or Converted (c): | 02/26/2015 (f) |
| For the Period Ending: | 12/31/2015 | | | §341(a) Meeting Date: | 04/02/2015 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 21 | 100% shareholder interest in Tin Fish III, LLC. Corporation is active, but not in good standing as of 2/17/15. Company previously operated a restaurant located at Partridge Creek Mall in Mt. Clemens, MI which closed in December, 2014. Company has had no operations since that time. | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | Amended to include 1/18/16; scheduled value is $0.00 | | | | | |
| 22 | 100% shareholder Tin Fish II, LLC. Also operated under assumed name "Tin Fish Resort". Corporation is active, but not operating. Entity previously operated a restaurant located at 10069 Dixie Hwy. in Ira, Michigan. Personal property, including goodwill, were sold pursuant to liquidation agreement with secured creditor, Fifth Third Bank, in November, 2013. | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | Amended to include on 1/18/16 with a value of $0.00 | | | | | |
| 23 | 100% shareholder of Brandon Investments, Inc. Company served as business entity that received commissions and payments from Debtor's work buying, selling and flipping real property. % $0.00 | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| **Asset Notes:** | Amended to include on 1/18/16 with a value of $0.00 | | | | | |
| 24 | 100 % shareholder of Allison Group, Inc. Company previously operated as payroll/employee leasing entity for Debtor's restaurant entities. Corporation is still active, but has not operated since 2013. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended to include with a value of $0.00 | | | | | |

| Case No.: | 15-42834 | | | Trustee Name: | Wendy Turner Lewis |
|---|---|---|---|---|---|
| Case Name: | KOCH, CANDIS | | | Date Filed (f) or Converted (c): | 02/26/2015 (f) |
| For the Period Ending: | 12/31/2015 | | | §341(a) Meeting Date: | 04/02/2015 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** **(Scheduled and** **Unscheduled (u) Property)** | **Petition/** **Unscheduled** **Value** | **Estimated Net Value** **(Value Determined by** **Trustee,** **Less Liens, Exemptions,** **and Other Costs)** | **Property** **Abandoned** **OA =§ 554(a) abandon.** | **Sales/Funds** **Received by** **the Estate** | **Asset Fully Administered (FA)/** **Gross Value of Remaining Assets** |
| 25 | 100% shareholder interests in the T.A.C Group entity was the owner of the real property where the Tin Fish II restaurant operated from. Property was foreclosed on by Fifth Third bank in 2013 and company has not operated since | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| | **Asset Notes:** Amended to include with a value of $0.00 | | | | | |
| 26 | 33% shareholder interest in C.J.C. Homes, yStat operation of law in e of Michigan shows entity as dissolved, however a 2013 tax return was filed for entity. Entity has no assets and iss not operating in any capacity. | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| | **Asset Notes:** Amended to include with a value of $0.00 | | | | | |

|  | | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | |
| | $863,932.46 | $30,000.00 | | $0.00 | $30,000.00 |

**Major Activities affecting case closing:**

05/06/2015 Investigating the value of several Business Interest

Employed Rod Glusac as attorney for trustee

And Ed Harris as realtor for trustee-house listed

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2016 | **Current Projected Date Of Final Report (TFR):** | 12/30/2016 | /s/ WENDY TURNER LEWIS |
|---|---|---|---|---|
| | | | | WENDY TURNER LEWIS |