UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Candis Koch                              Chapter 7
                                            Case No. 15-42834-MAR
                                            Hon. Mark A. Randon

      Debtor
_____/

## NOTIFICATION OF ASSET CASE

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT**

     Wendy Turner Lewis, the duly appointed Chapter 7 Trustee in the above-named captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: February 16, 2016

                                                  /s/ Wendy Turner Lewis
                                                WENDY TURNER LEWIS (P39505)
                                                Chapter 7 Trustee
                                                444 West Willis, Suite 101
                                                Detroit, MI 48201
                                                (313) 832-5555
                                                trustee@lewistrustee.com