UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

Candis Koch,                                     Case No.: 15-42834
                                                 Chapter 7
    Debtor.                              Hon. Mark A. Randon

_____/

Daniel M. McDermott,

    Plaintiff,

v.                                               Adversary Proceeding
                                                 Case No.: 15-04644

Candis Koch,

    Defendant.

_____/

## JUDGMENT

The Court having presided over a trial of this matter on October 13, 2016 and October 14, 2016; and having issued its Opinion and Order Granting the United States Trustee's Objection to Defendant's Chapter 7 Discharge on January 13, 2017 holding Koch is denied a discharge pursuant to sections 727(a)(2)(A) and 727(a)(4)(A) of the bankruptcy code;

**JUDGMENT IS ENTERED** in favor of the United States Trustee;

**IT IS FURTHER ORDERED** that Koch's discharge is denied in her Chapter 7 bankruptcy.

**IT IS FURTHER ORDERED** that this is a final judgment and closes the

adversary proceeding.

**Signed on January 13, 2017**

.

                                          /s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**